No. 01–6682. THOMAS v. LINAHAN, WARDEN, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 00–1543. FESTO CORP. v. SHOKETSU KINZOKU KOGYO KABUSHIKI CO., LTD., ET AL. C. A. Fed. Cir. [Certiorari granted, 533 U. S. 915.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–6029. RAGSDALE ET AL. v. WOLVERINE WORLD WIDE, INC. C. A. 8th Cir. [Certiorari granted, 533 U. S. 928.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 00–1853. SWIERKIEWICZ v. SOREMA N. A. C. A. 2d Cir. [Certiorari granted, 533 U. S. 976.] Motion of NAACP Legal Defense and Educational Fund, Inc., for leave to file a brief as *amicus curiae* granted.

No. 00–8452. ATKINS v. VIRGINIA. Sup. Ct. Va. [Certiorari granted, 533 U. S. 976 and *ante*, p. 809.] Motion of *amici curiae* filers in No. 00–8727, *McCarver* v. *North Carolina,* to have their *amici curiae* briefs considered in support of petitioner in this case granted.

No. 01–301. NEWLAND, WARDEN v. SAFFOLD. C. A. 9th Cir. [Certiorari granted, *ante*, p. 971.] Motion for appointment of counsel granted, and it is ordered that Mary Katherine McComb, Esq., of Sacramento, Cal., be appointed to serve as counsel for respondent in this case.

No. 01–6577. MURRAY v. RESTOR TELEPHONE PRODUCTS. C. A. 5th Cir.; and

No. 01–6629. DENNIS v. DENNIS. Ct. App. S. C. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until December 26, 2001, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.